# IN THE SUPREME COURT OF ALABAMA



August 23, 2024

**SC-2023-0350**

Olaf Lieb; Tina Lieb; Jennifer M. Holton; 36081 Rentals LLC; and EEZTEC Solutions LLC v. CB&S Bank; PrimeSouth Bank, lnc.; PrimeSouth Bancshares, Inc.; and David W. Baggett, Jr. (Appeal from Elmore Circuit Court: CV-20-900034)

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** Bryan, J. -- Parker, C.J., and Shaw, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur. Wise, J., recuses herself.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 17, 2024:

**AFFIRMED. NO OPINION.** Bryan, J. -- Parker, C.J., and Shaw, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur. Wise, J., recuses herself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**